J.L.W.

v.

K.A.R., now K.A.H.

1401 WDA 2016

Superior Court of Pennsylvania.

03/30/2017

10161 CD 2012
(Indiana)
Affirmed

COM.

v.

PINOCK, K.

2851 EDA 2015

Superior Court of Pennsylvania.

03/31/2017

CP–51–0005543–2014
(Philadelphia)
Affirmed

COM.

v.

MUHAMMAD, M.

1157 EDA 2015

Superior Court of Pennsylvania.

03/31/2017

CP–51–CR–0007945–2010
(Philadelphia)
Affirmed

COM.

v.

WALKER, M.

51 EDA 2016

Superior Court of Pennsylvania.

03/31/2017

CP–51–CR–0000860–2015 (Philadelphia)
Reversed/Remanded